In the Matter of the Application of THE GROVE HILL REALTY COMPANY, a Corporation, etc., for Voluntary Dissolution.

GROVE HILL REALTY COMPANY and Others Appellants; HENRY BARTELS and Others, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 29th day of July, 1915, as resettled by an order entered on the 5th day of August, 1915, granting a stay of all proceedings herein.

PER CURIAM: The order is modified by giving the petitioners leave to move to vacate the stay if the action in the Supreme Court to set aside the judgment be not prosecuted with diligence; and as so modified affirmed, with ten dollars costs and disbursements to the respondents. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondents. Order to be settled on notice.

ALICE M. MONCRIEFF, Appellant, v. JAMES R. MONCRIEFF, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of July, 1915, granting a motion for reargument of a motion for alimony and counsel fee.

PER CURIAM: The order appealed from which grants a motion for reargument and on reargument disposes of the original motion is reversed, with ten dollars costs and disbursements to the appellant, and the order granting alimony entered on the 29th day of June, 1915, reinstated. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and order granting alimony reinstated.

In the Matter of the Application of KNAPP & FRENCH, INC., for Voluntary Dissolution.

EDWARD J. KNAPP, Appellant; FRED F. FRENCH and Another, Respondents.

Appeal from an order of the Supreme Court, entered September 9, 1915, denying a motion to vacate or modify an order entered on the 14th day of June, 1915, granting an injunction and appointing a receiver.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the motion to vacate and set aside the order appointing the receiver granted and the receiver directed to account, upon the ground that by the order entered June 30, 1915, dismissing the proceeding, the receivership fell; the referee to take such account to be

App. Div.]        First Department, October, 1915.

appointed in the order to be entered hereon. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted as stated in opinion. Order to be settled on notice.